**DISMISS and Opinion Filed December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-18-00837-CV
_____

**D & S CONTAINER, INC. D/B/A BUDGET BOX, Appellant**
**V.**
**PRISCILLA RUIZ, INDIVIDUALLY AS SURVIVING SPOUSE, AND AS PARENT AND NEXT FRIEND OF JAMES ESTRELLA, JR., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13854**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Whitehill

We reinstate this appeal, which we abated to allow the trial court an opportunity to conduct the necessary proceedings to effectuate the parties' settlement agreement. By unopposed motion filed December 7, 2018, appellant moves to dismiss the appeal in light of the trial court's signed "Order Approving Settlement Involving Minor Plaintiff and Judgment." We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Bill Whitehill/
_____
BILL WHITEHILL
JUSTICE

180837F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

D & S CONTAINER, INC. D/B/A
BUDGET BOX, Appellant

No. 05-18-00837-CV V.

PRISCILLA RUIZ, INDIVIDUALLY AS
SURVIVING SPOUSE, AND AS
PARENT AND NEXT FRIEND OF
JAMES ESTRELLA, JR., Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-13854.
Opinion delivered by Justice Whitehill.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal, pursuant to the parties'
agreement.

Judgment entered December 17, 2018.